UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:18-cv-01157-HSG |
| NOTRE DAME DE NAMUR ) | |
| UNIVERSITY and COLLEGE OF ) | |
| NOTRE DAME, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DISMISSAL PURSUANT TO STIPULATION**

Upon the stipulation of Plaintiff United States of America and Defendants Notre Dame de Namur University and College of Notre Dame to dismiss this case in light of the settlement reached by the parties;

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE, subject to reinstatement upon the United States' motion for the purpose of resolving any claim that Defendants materially breached any provision of the Settlement Agreement. Each party shall bear its own costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 8, 2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

1

ORDER